UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KURTIS ROY JETER,

Plaintiff,

vs. CASE NO.: 5:11cv135-RS/CJK

ISSAC KENNETH DUREN and
DEPUTY DOUG PIERCE,

Defendants.
_______________________________/

**DEFENDANT PIERCE'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF FLORIDA, PANAMA CITY DIVISION:

Defendant, DOUG PIERCE, individually and in his official capacity, by and through undersigned counsel, pursuant to the provisions of 28 U.S.C. §1446, hereby files this Notice of Removal and states:

1. The above-styled action, as described in Plaintiff's Fifth Amended Complaint, is a civil action of which this Court has original jurisdiction under the provisions of 28 USC §§ 1331 and 1343, and is one which may be removed to this Court by a Defendant pursuant to the provisions of 28 USC §§ 1441(b) and 1443, in that Plaintiff Kurtis Roy Jeter has alleged that Defendant Deputy Doug Pierce violated his federal, statutory or constitutional rights. Specifically, Plaintiff alleges that his warrantless arrest by Defendant Pierce violated his rights under the Fourth Amendment to the U.S. Constitution and that his illegal detention deprived him of his protection under the Fourteenth

Filed0506'11UsDcFln4PM0334

Amendment to the U.S. Constitution. Plaintiff alleges that the action of Defendant Pierce form the basis for a claim brought pursuant to 42 USC § 1983.

2. On January 4, 2010, Plaintiff filed his First Amended Complaint in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida.[1]

3. Plaintiff's First Amended Complaint sued Defendants Isaac Kenneth Duren, Steve Meadows, Assistant State Attorney Gary Pack, and Doug Pierce, an investigator with the Bay County Sheriff's Office. Plaintiff's First Amended Complaint attempted to assert a cause of action based on "abuse of process." Plaintiff did not allege a federal claim.

4. On March 16, 2010, Defendant Duren filed a Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, a Motion for More Definite Statement. On March 18, 2010, after service of process was effected, Defendant Pierce filed his Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. On June 23, 2010, Defendants Meadows and Pack filed their Motion to Dismiss Plaintiff's First Amended Complaint.

5. On April 8, 2010, Plaintiff filed his Motion to Amend his complaint with a proposed Second Amended Complaint.

6. On July 12, 2010, the circuit court entered its Order to Show Cause why Plaintiff's First Amended Complaint should not be dismissed.

7. On August 9, 2010, Plaintiff filed his Amended Motion for Leave to Amend his Complaint with a Notice of Voluntary Dismissal as to Defendants Meadows and Pack.

8. On August 9, 2010, Plaintiff filed a Third Amended Complaint.

---

[1]It does not appear that service of process was effected as to Plaintiff's Initial Complaint.

9. On September 2, 2010, the Court entered its order dismissing Plaintiff's First Amended Complaint, denying Plaintiff's Motions for Leave to Amend, and dismissing Defendants Meadows and Pack.

10. On October 4, 2010, Plaintiff filed an Amended Motion for Leave to Amend or, in the Alternative, Notice of Appeal. Plaintiff's Fourth Amended Complaint was attached to the Motion. On December 21, 2010, Plaintiff filed a Notice of Expedited Inquiry/Motion for Clarification.

11. On January 24, 2011, Plaintiff filed two new separate complaints, one against Defendant Duren and one against Defendant Pierce in Case Nos. 11-0117-CA and 11-0118-CA, which involved the same or similar questions of law and fact as in Case No. 09-2412-CA. Service of process was never effected on Defendant Pierce with respect to the complaint Plaintiff filed on January 24, 2011.

12. On February 22, 2011, the Honorable James B. Fensom entered a Notice and Order to Show Cause why case Nos. 11-0117-CA and 11-0118-CA should not be consolidated. On March 7, 2011, Plaintiff filed his response to the Court's Notice and Order to Show Cause.

13. On March 23, 2010, a hearing was held before the Honorable James B. Fensom on Plaintiff's Amended Motion for Leave to Amend or, in the Alternative, Notice of Appeal. Pursuant to the Court's ruling during the hearing on March 23, 2011, the Court orally dismissed Case Nos. 11-0117-CA and 11-0118-CA. The Court permitted Plaintiff to file a Fifth Amended Complaint in Case No. 09-2412-CA, incorporating new claims. The Circuit Court's order entered March 23, 2011, dismissed Case No. 11-0117-CA and 11-0118-CA. The Court's order further dismissed Plaintiff's Amended Notice for Leave to Amend or, in the Alternative, Notice of Appeal. Plaintiff

was granted leave to file his Fifth Amended Complaint in Case No. 09-2412-CA by April 15, 2011. Defendants Duren and Pierce were ordered to file responsive pleadings by May 6, 2011.

14. On April 7, 2011, Plaintiff mailed to the Circuit Court his "Verified Fifth Amended Complaint" against Defendants Duren and Pierce. Plaintiff's Fifth Amended Complaint was received by undersigned counsel for Defendant Pierce on April 11, 2011. Plaintiff's Fifth Amended Complaint, for the first time, alleges that Plaintiff's warrantless arrest violated his rights under the Fourth Amendment to the U.S. Constitution. Plaintiff alleges his arrest forms the basis of a claim brought pursuant to 42 U.S.C. § 1983. Plaintiff further alleges that his illegal detention deprived him of his protection under the Fourteenth Amendment to the U.S. Constitution, which allegedly also forms the basis for a claim brought pursuant to 42 USC § 1983.

15. Plaintiff's Fifth Amended Complaint also includes pendent state claims alleging false arrest, malicious prosecution, false imprisonment and intentional infliction of emotional distress.

16. Pursuant to 28 U.S.C. §14416(a), Defendant has filed with this Notice of Removal true and legible copies of Plaintiff's Fifth Amended Complaint and all process, pleadings or orders on file in the state court that have been served upon Defendant Pierce or otherwise provided to undersigned counsel as of the date of this Notice of Removal.

17. Undersigned counsel consulted with Timothy Warner, Esq., counsel for Defendant Isaac Kenneth Duren, prior to filing this Notice of Removal. Mr. Warner advised undersigned counsel that he has no objection to the removal of this case from the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida to this Court.

WHEREFORE, Defendant DOUG PIERCE, individually and in his official capacity, respectfully requests that the above action now pending against him in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida be removed therefrom to this Court.

Respectfully submitted this 6th day of May, 2011.

*/s/ Barbara C. Fromm*

BARBARA C. FROMM
Florida Bar No. 894273
JOLLY & PETERSON, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
Tel: (850) 422-0282
Fax: (850) 422-1913

*Counsel for Defendant Pierce*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF filing and by U.S. Mail to Timothy M. Warner, Warner & Wintrode P.A., P.O. Box 1820, Panama City, FL 32402 and by Certified U.S. Mail to Kurtis R. Jeter, Lawtey Correctional Institution, 7819 N.W. 228th Street, Raiford, FL 32026, on this 6th day of May, 2011.

/s/ Barbara C. Fromm

BARBARA C. FROMM