IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KURTIS ROY JETER,**

     **Plaintiff,**

**v.**                                  **CASE NO. 5:11-cv-135-RS-CJK**

**ISAAC KENNETH DUREN, et al.,**

     **Defendants.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 31) and Plaintiff's Objections (Doc. 34). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Defendant Pierce's Motion for Summary Judgment (Doc. 15) is **GRANTED**. The Clerk is directed to enter final summary judgment in favor of Defendant Pierce.

    3.    Defendant Duren's Motion for Partial Summary Judgment (Doc. 16) is **GRANTED**. The Clerk is directed to enter final

summary judgment in favor of Defendant Duren as to all of Plaintiff's federal claims under 42 U.S.C. § 1983.

4. Plaintiff's Motion for Summary Judgment (Doc. 8) is **DENIED**.

5. Plaintiff's state-law tort claims against Defendant Duren are remanded to state court.

6. The clerk is directed to close the file.

**ORDERED** on March 30, 2012.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**